**DISMISS and Opinion Filed July 5, 2024**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

**No. 05-24-00430-CV**

## IN THE MATTER OF THE ESTATE OF DIMPLE WATSON, DECEASED

**On Appeal from the Probate Court No. 2**
**Dallas County, Texas**
**Trial Court Cause No. PR-17-04083-2**

## MEMORANDUM OPINION

Before Justices Smith, Miskel, and Breedlove
Opinion by Justice Breedlove

Before the Court is appellant's motion to dismiss the appeal. We grant the

motion and dismiss the appeal. *See* TEX. R. APP. P. 42.1(a)(1).


/Maricela Breedlove/
MARICELA BREEDLOVE
240430F.P05                              JUSTICE



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

IN THE MATTER OF THE
ESTATE OF DIMPLE WATSON,
DECEASED

No. 05-24-00430-CV

On Appeal from the Probate Court
No. 2, Dallas County, Texas
Trial Court Cause No. PR-17-04083-
2.
Opinion delivered by Justice
Breedlove. Justices Smith and Miskel
participating.

In accordance with this Court's opinion of this date, the appeal is **DISMISSED**.

It is **ORDERED** that appellee Shelia Okpuzor Wright recover her costs of this appeal from appellant Obadi Watson.

Judgment entered July 5, 2024